UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| FRANCES LOUISE CAIN | * | CIVIL ACTION |
| --- | --- | --- |
| VERSUS | * | |
| | | No. 19-10300 |
| BP EXPLORATION & PRODUCTION, INC., ET AL. | * | SECTION J(2) |
| | * | |
| Related to: 12-968 BELO in MDL 10-2179 | * | |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 6), and the failure of any party to file an objection to the Report and Recommendation, hereby **ACCEPTS** the Report and Recommendation and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the BP Parties' Partial Motion to Dismiss (Rec. Doc. 4) is **GRANTED** and Plaintiff Frances Louise Cain's complaint is **DISMISSED IN PART** solely as to her claim for chronic obstructive pulmonary disease. This dismissal is without prejudice to refiling once all BELO suit pre-conditions are met. Plaintiff's other claims/conditions in her complaint are not dismissed.

New Orleans, Louisiana, this 11th day of July, 2019.

_____
United States District Judge